<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 00-7513

―――――――――

JAMIE RAY EVERETT,

                                     Petitioner - Appellant,

        versus

M. E. RAY, Warden; UNITED STATES ATTORNEY FOR
THE DISTRICT OF SOUTH CAROLINA,

                                     Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   G. Ross Anderson, Jr., District
Judge.  (CA-99-1882-13D)

―――――――――

Submitted:  February 22, 2001      Decided:  March 1, 2001

―――――――――

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jamie Ray Everett, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jamie Ray Everett appeals the district court's order denying his motion for return of the appeal fee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Everett v. Ray</u>, No. CA-99-1882-13D (D.S.C. Oct. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>